IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL NELSON                                                                                      PETITIONER

VERSUS                                                      CIVIL ACTION NO. 5:05cv66DCB-JCS

CONSTANCE REESE                                                                                RESPONDENT

ORDER

This cause comes before the court, sua sponte.  Having considered the issues presented by the petitioner in the instant petition and in light of *Moreland v. Federal Bureau of Prisons*, No. 05-20347 (5th Cir. Nov. 10, 2005), *petition for cert. filed*, (U.S. Dec. 8, 2005)(No. 05-8268) pending before the United States Supreme Court, this court has determined that this civil action shall be stayed pending the Supreme Court's decision in *Moreland*.

SO ORDERED, this the 6th day of March, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE