IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL NELSON                                                               PETITIONER

VS.                                                     CIVIL ACTION NO. 5:05cv66DCB-JCS

CONSTANCE REESE, WARDEN                                  RESPONDENT

## **FINAL JUDGMENT**

     This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

     SO ORDERED AND ADJUDGED, this the 31st day of August, 2006.

                                             S/DAVID BRAMLETTE
                                             UNITED STATES DISTRICT JUDGE